IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES GREY,** | CIV-S-05-1722 GEB DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **JAMES A. YATES, et al.,** | |
| Respondents. | |

Respondents have requested an extension of time to respond to Petitioner's Petition for Writ of Habeas Corpus.  Good cause appearing,

IT IS HEREBY ORDERED THAT Respondents are granted an extension of time of 15 days, up to and including November 3, 2005, to complete and file their Answer to the Petition for Writ of Habeas Corpus.

DATED: October 20, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
grey1722.111