IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES GREY,

    Petitioner,               CIV-S-05-1722 ALA HC

  vs.

JAMES A. YATES, Warden, et al.,

    Respondent.           <u>ORDER</u>

_____/

    Petitioner James Grey is a state prisoner proceeding pro se and in forma pauperis with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 3, 2005, respondent filed an answer to the petition. The court requests petitioner file a traverse prior to issuing a ruling.

    Therefore, IT IS HEREBY ORDERED that petitioner file a traverse within thirty-five (35) days of the date of this order.

/////

DATED: February 19, 2008

                                  /s/ Arthur L. Alarcón
                                  UNITED STATES CIRCUIT JUDGE
                                  Sitting by Designation

1