1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAMES GREY,

11              Petitioner,                CIV-S-05-1722 ALA HC

12        vs.

13   JAMES A. YATES, Warden, et al.,

14              Respondent.               <u>ORDER</u>

15   _____/

16        Petitioner James Grey is a state prisoner proceeding pro se and in forma pauperis with a

17   petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On February 20, 2008, this

18   court ordered petitioner to file a traverse.  On March 3, 2008, petitioner notified the court that he

19   was unable to comply with the court's February 20, 2008, order because he had not received

20   respondent's November 5, 2005, answer.  As such, respondent will be ordered to serve a copy of

21   the November 5, 2005, answer on the petitioner.

22        Therefore, IT IS HEREBY ORDERED that:

23        1.  Respondent shall serve petitioner with a copy of the November 5, 2005, answer within

24   twenty-eight (28) days of the date of this order; and

25        2.  Petitioner shall file a traverse within fifty-six (56) days of the date of this order.

26   /////

1

1 | /////

2 | DATED: March 4, 2008

3 |                                        /s/ Arthur L. Alarcón
                                        UNITED STATES CIRCUIT  JUDGE
4 |                                        Sitting by Designation