IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES DANIEL GREY,

    Petitioner,                    No. 2:05-cv-01722 ALA (HC)

    vs.

JAMES A. YATES, Warden,        ORDER

    Respondent.
_____/

GOOD CAUSE APPEARING, it is hereby ORDERED that Respondents' application for enlargement of time to lodge the Petition for Writ of Habeas Corpus filed by Petitioner in the California Supreme Court, Case Number S131133 is GRANTED. Respondents shall lodge said petition on or before September 25, 2008.

/////

DATED: September 10, 2008

                                            /s/ Arthur Alarcón
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation